```
BENJAMIN B. WAGNER
U.S. Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,        )   CR. NO.  11-360-04-WBS
                Plaintiff,       )
     v.                          )   (Related Case CR. NO. 11-491-EFB)
                                 )
STEVEN BRENT ETHRIDGE,           )   MOTION TO DISMISS CERTAIN
                Defendant.       )   COUNTS IN 11-360-WBS AND
_____  )   (~~proposed~~) ORDER
```

**MOTION**

HEREBY, the United States moves that this Court enter an order, pursuant to Fed. R. Crim. Pro. 48(a), dismissing without prejudice only the following counts in 11-360-WBS and only as to defendant Steven Brent Ethridge:

**INDICTMENT**

| Count | Offense | Description |
|---|---|---|
| 1 | 18 USC 371 | Conspiracy (to commit bank fraud and possess stolen U.S. Mail) |
| 17 | 18 USC 1344(2) | Bank Fraud |
| 32 | 18 USC 1708 | Possession of Stolen U.S. Mail |

Before Magistrate Brennan, via another charging document (Information in CR 11-491-efb) and via plea agreement, defendant

1 | Ethridge was convicted (on 12/5/11) and sentenced (on 2/27/12) for
2 | misdemeanor bank larceny in violation of 18 USC 2113(b) and 2.
3 |
4 | DATED: 2/27/2012                        BENJAMIN WAGNER
  |                                         U.S. Attorney
5 |                                                 /s/Michelle Rodriguez
  |                                         By _____
6 |                                         MICHELLE RODRIGUEZ
  |                                         Assistant U.S. Attorney
7 |
  |                                **ORDER**
8 |
  |      The United States' motion to dismiss without prejudice Counts
9 |
  | 1, 17, and 32 of the Indictment  -- only as to Ethridge -- in the
10|
  | above referenced case, CR No 11-360-WBS, is GRANTED.  By this Order
11|
  | (dismissal of felony charges), there is no effect on the
12|
  | misdemeanor convictions against defendant Ethridge in Magistrate
13|
  | Court.
14|
15|
  | DATED:     February 27, 2012
16|
  |                    [signature: William B. Shubb]
17|                    _____
  |                    WILLIAM B. SHUBB
18|                    UNITED STATES DISTRICT JUDGE
19|
20|
21|
22|
23|
24|
25|
26|
27|
28|